# EXHIBIT “B-2”

# HAIL DAMAGE ASSESSMENT




VERTEX®

**Alden Self Storage, Inc.**
**1710-14 East 14th Street**
**Plano, TX 75074**

**Prepared For:**

Mr. Marshall Barrett
AIG Insurance Company
P.O. Box 9099
Fredericksburg, VA 22403

**AIG Claim 0170626710US**

**Prepared By:**
The Vertex Companies, Inc.
6012 W. Campus Circle Drive, Suite 220
Irving, TX 75063
Telephone: 888-298-5162
Texas Firm Registration No. 15099

**Vertex Project 39735**

**June 6, 2016**

Kevin Maxwell
2016.06.06 14:17:25
-04'00'

STATE OF TEXAS
KEVIN MAXWELL
119302
LICENSED
PROFESSIONAL ENGINEER

Josh Thompson
Forensic Specialist

Kevin Maxwell, P.E. (TX)
Senior Forensic Engineer

# TABLE OF CONTENTS


1.0 SCOPE OF SERVICES ........ 1

2.0 PROPERTY DESCRIPTION ........ 1

3.0 EVENT SUMMARY ........ 1

4.0 METEOROLOGICAL DATA ........ 2

5.0 OBSERVATIONS ........ 2

6.0 CONCLUSIONS ........ 4

7.0 CLOSING ........ 6


# ATTACHMENTS


A. SITE LOCATION MAP, AERAIL VIEW, BIRDS EYE VIEW

B. METEOROLOGICAL DATA

C. PHOTOGRAPHIC DOCUMENTATION BY VERTEX

## 1.0 SCOPE OF SERVICES

As requested by AIG Insurance Company (AIG), Vertex visited the commercial property of Alden Self Storage, Inc. (Insured) located at 1710-14 East 14th Street in Plano, Texas (see **Attachment A**) to assess reported damage to the roof coverings caused by a hail event on or about April 11, 2016. Josh Thompson, along with Richard Klein, inspected the property on May 5, 2016 and prepared this report. Kevin Maxwell, P.E. (TX) reviewed the findings. The inspection included on-site interviews, the taking of photographs and measurements, and observations. Mr. Richard Pool with Alden Self Storage, Mr. Mark Enloe with Accurate Roofing Construction, and Mr. Marshall Barrett with AIG were present during our investigation.

## 2.0 PROPERTY DESCRIPTION

The Alden Self Storage, Inc. commercial property was comprised of seven individual one-story storage buildings and a one-story office building located in Collin County, Texas. The buildings consisted of concrete columns and steel framing with corrugated steel panels. The demising wall construction could not be verified. The storage buildings were covered with low-sloped, standing seam, metal panel roofing, framed with cold formed, light gage steel purlins. Buildings A, B and C were originally constructed with an open walkway in the center of the buildings with storage units on each side of the walkway. Later, metal roof panels were retrofitted to cover the walkway, creating a covered corridor. Each storage building contained exterior metal roll up doors. The office building was covered with a metal panel roofing covered with a spray polyurethane foam (SPF) coating. The office building faced north towards East 14th Street.

## 3.0 EVENT SUMMARY

The Insured reported that a storm event with hail at the subject property on or about April 11, 2016. Mr. Pool reported that several storage units had water migrate into the units. Mr. Pool reported that at the locations of rusted areas on Buildings A and E he has seen water leaking through the roof into the interior of the buildings. Mr. Pool also reported, at the center corridors

of Buildings A and C, there has been water leaking through the roofs where the retrofitted panels interface with the original construction.

Mr. Scott Watson, a tenant in Unit 39 of Building D, reported that articles in his unit were soaked by the storm event on April 11, 2016. Mr. Watson stated that the front (west side) of his storage unit was dry, while the center to the rear of the unit, where his belongings were located, was wet. A dresser that was against the north wall was full of water and a couch that was also against the same wall was completely saturated. Articles along the south wall were dry.

Vertex was asked by AIG to assess the reported hail damage to the roofs and to determine if the roofs were damaged by the reported hailstone impacts. Additionally, Vertex was asked to investigate the source of water infiltration.

## 4.0 METEOROLOGICAL DATA

Vertex searched the National Oceanic and Atmospheric Administration's (NOAA) Storm Prediction Center for hail storm events on April 11, 2016. NOAA's Storm Event Database for Collin County, Texas reported a storm event occurred on this date with reported hailstones up to 2.0 inches in diameter, reported at a distance of 1.8 miles west of the subject property (See **Attachment B**).

Vertex supplemented the NOAA data with a site specific Hail Impact Report from Interactive Hail Maps (IHM) that reports hailstones as small as 0.5 inches in diameter. According to IHM, a hail storm event was reported on April 11, 2016 with hailstones up to 1.75 inches in diameter at the subject property (See **Attachment B**).

## 5.0 OBSERVATIONS

Vertex inspected the exterior and interior of the buildings. We observed the following conditions (see **Attachment C** for photographs and **Attachment B** for orientation):

Exterior

From outside the buildings, Vertex inspected the roofs and exterior metal panels.

Vertex observed the metal rollup doors throughout the property. We noted that all of the storage buildings had exterior metal rollup doors. We observed that the west-facing rollup doors had roughly-circular indentations, with paint flaking on the doors (see Photos 7-8). We observed spatter marks on the west facing doors located at the south end of Building C (see Photo 9). We observed spatter marks on the south-facing rollup (see Photo 10). We did not observe roughly-circular indentations on the south-facing rollup doors. The north and east rollup doors did not exhibit signs of roughly-circular indentations or splatter marks.

From on top of the roof of Building D, we observed widespread rust spots that were light brown in color. We did not observe randomly spaced, roughly-circular indentations to the metal roofing panels. We observed isolated areas that had been patched. The patched areas exhibited weathering (see Photo 11). Vertex observed at the interface between the standing seam metal roof panels and gutters, there were openings below the top of the gutter (see Photos 12-13).

Vertex observed isolated severe rust spots on the roof of Building A and Building E, consistent with the reported locations of moisture intrusion into the building. We observed randomly spaced, roughly-circular indentations at these rust spots (see Photos 14-15). The severely rusted locations at Building A were located at the southwest corner of the building, while the severely rusted sections at Building E were located at the center of the building (see Attachment A).

We observed metal panels were placed on top of the existing roofs to create a ridge cap (see Photo 16). Vertex observed applied sealant at the interface between the retrofitted roof panel and the existing metal roof at the north side of Building C and also at the center section of Building A (see Photo 17). We did not observe applied sealant on the north and south ends of Building A (see Photo 18).

From the Office Building roof, we observed randomly spaced, roughly-circular indentations in the SPF. We noted more than 200 indentations existed in a 10-foot by 10-foot section (see Photos 19-20). We observed indentations to the coil fins and spatter marks on the metal exterior of the air conditioning units on top of the roof (see Photos 21-22).

We observed indentations to the coil fins and spatter marks on the metal exterior on the air conditioning unit on the west side of the building (see Photos 23-24).

<u>Interior</u>

From inside the buildings, Vertex inspected the roofing and metal paneling. Mr. Watson opened up his Building D unit to show us the locations of moisture intrusion into his unit. We observed a chalky residue on the north metal panel wall (see Photo 25). Looking towards the west above the rollup metal door, light can be seen entering in the unit through the standing seams of the metal roof (see Photo 26).

In the interior of Building A and Building E, Vertex observed the underside of the standing seam metal roof. The locations with indentations in the rusted areas were not able to be accessed from the interior due to locked storage units. We did not find any evidence of punctures in the metal roofing at the areas not affected by rust. We did observe previous patched areas at Building E. The patched areas appeared to be historic.

## 6.0 CONCLUSIONS

Based on our investigation and within a reasonable degree of engineering certainty, it is the opinion of Vertex that indentations did occur to the severely rusted metal roof panels and the west-facing metal rollup doors of the storage unit buildings as a result of hail impacts from a storm event on or about April 11, 2016. The indentations were consistent with hail impacts and were exacerbated by the weakening of the rusted metal roof. It is further the opinion of Vertex that functional damage did not occur to the remaining metal roof panels (non-rusted areas) of the storage unit buildings as a result of hail impacts from a storm event on or about April 11, 2016.

Damage due to hailstone impacts did occur to the to the SPF coating on the office building, and the paint on the west-facing roll up metal doors of the storage units.

Industry definition of functional damage to metal roof panels consists of one or all of the following:

1) Rupture of the metal
2) Disengagement of lap elements (distorted or deformed seams)
3) Disruption of protective surfacing

Vertex did find evidence that a hail storm event occurred at the subject property, resulting in roughly-circular indentations on the severely rusted metal panels. It is our opinion that the damage observed will diminish the water shedding ability and reduce the service life of the metal roof panels, which were weakened by the severe rusting. The rusted metal areas were much thinner than the rest of the roof, which allowed the hail impacts to damage the roofing panels in these areas.

It is generally accepted that functional damage to metal panel roofing caused by hailstone impacts would result from hailstones of approximately 2.5 inches in diameter. Furthermore, impacts to metal panel roofs by hailstones of approximately 2.5 inches in diameter would result in fractures/penetrations in the panels and/or deformation of the seams which, in turn, would compromise the roof's ability to act as a barrier from the elements. Vertex observed no fractures/penetrations to the non-rusted metal roof panels, and we observed no distortion or deformation of the panel seams. Additionally, the site specific weather data indicated that hailstones 1 3/4-inches in diameter and smaller fell at the subject property, which were not of a sufficient size to functionally, damage the metal panel roof covering.

It is also our opinion that the moisture intrusion into the units of Building D was caused by high gusting winds blowing water that was ponding in the gutters through the rib openings, down the metal separation wall, and into the units. The openings of the metal roof panels were below the top of the gutter which allowed water to infiltrate the units. The metal rollup door blocked water

from entering above the openings at the door. This explains why the articles along the wall were wet and not at the front of the storage units at Building D. This is a construction defect and not caused by hail damage.

The rust on top of Buildings A and E were caused by low spots in the roof. Water was not able to drain from these low spots and ponding in these areas caused the metal to rust over time. The rust weakened the metal, allowing hail impacts to indent the rusted areas and not the rest of the roof.

## 7.0 CLOSING

A visual inspection of the property was performed and reviewed as part of our investigation. Unless noted in this report, no destructive testing was performed. A complete analysis of the existing framing members or the connections for structural design capacity versus existing codes was not conducted. All repairs and construction should conform to the currently applicable Building Code. The repairs, including any temporary shoring that may be needed, should be specified, designed and installed by properly licensed professionals familiar with that type of construction.

This report was prepared for the exclusive use of AIG and is not intended for any other purpose. Vertex has not reviewed the applicable insurance policy, if any, for the purpose of forming an opinion as to coverage and is not offering a coverage opinion. Our report was based on observed site conditions and the information available at the time of our inspection. We reserve the right to amend this report and our conclusions if new information becomes available and revisions are necessary and warranted. Not all photographs taken by Vertex during the site inspection were included with this report. Additional photographs in our records are available upon request.

If you have questions or comments, please contact Josh Thompson or Kevin Maxwell, P.E. (TX) at (888)-298-5162. We appreciate this opportunity to assist AIG and the policy holder.

# ATTACHMENT A:



## SITE LOCATION MAP:

1710 East 14th Street, Plano, TX



# ATTACHMENT A:



## AERIAL VIEW

1710 East 14th Street, Plano, TX



# ATTACHMENT A:

## BIRD'S EYE VIEW



1710 East 14th Street, Plano, TX






# Attachment B:

# Meteorological Data




**Hail Reports (CSV) (Raw Hail CSV)(?)**

| Time | Size | Location | County | State | Lat | Lon | Comments |
|---|---|---|---|---|---|---|---|
| 2250 | 200 | PLANO | COLLIN | TX | 3302 | 9672 | HAIL UP TO EGG SIZE NEAR CUSTER AND HWY 121 IN NORTH PLANO (FWD) |
| 2257 | 200 | PLANO | COLLIN | TX | 3302 | 9672 | 2 INCH SIZE HAIL IN PLANO (FWD) |

# ATTACHMENT B:

# METEOROLOGICAL DATA

## Hail Impact Report #: 8604-448217

VERTEX

The Vertex Companies, Inc.
6012 West Campus Circle Dr.
Suite 220
Irving, TX 75063
214-499-9234
www.vertexeng.com

Hail Impact Report
Report #: 8604-448217
Date: 5/11/2016 11:16 AM CDT
Interactive Hail Maps
Austin, TX • (512) 994-2551
www.interactivehailmaps.com

You can verify the authenticity of this report at **ihmverify.com** using report number **8604-448217** and the following Verification Code: **73567ac7**

## Property Information




Property Address:
1710 East 14th Street
Plano, 75074

Customer Info:

## Hail Impact Details

| | | | |
|---|---|---|---|
| Date of Hail Impact: | **4/11/2016** | Hail Duration: | **19.5 minutes** |
| Time of Hail Impact: | **6:00 PM CDT** | Size of Hail Detected: | **1.75"** |
| Storm Direction: | **East-southeast** | Nearby Hail Reported: | **12 reports** |
| Storm Speed: | **41.3 mph** | Max Hail Size Reported: | **4.25"** |

## Hail Impact Narrative

In the evening hours of Monday, April 11, 2016, at approximately 6:00 PM CDT, the property located at 1710 East 14th Street, Plano, 75074 was impacted by a storm moving East-southeast at 41.3 miles per hour. Hail as large as 1.75" was detected by radar at the location, and was estimated to have lasted for 19.5 minutes. Multiple trained spotters reported up to 4.25" hail in the area.

# ATTACHMENT B:



# METEOROLOGICAL DATA

| Date* | Direction | Speed | Duration | At Location | Within 1 Mile | Within 3 Miles | Within 10 Miles |
|---|---|---|---|---|---|---|---|
| 4/11/2016 | ESE | 41.3 | 19.5 | 1.75" | 2.25" | 2.25" | 3.00"+ |
| 3/23/2016 | E | 31.9 | 13.3 | 1.75" | 2.75" | 3.00"+ | 3.00"+ |
| 10/5/2014 | ESE | 19.5 | 20.0 + | 0.50" | 0.50" | 0.50" | 1.75" |
| 8/17/2012 | N | --- | --- | --- | 0.50" | 1.50" | 1.75" |
| 4/3/2012 | NE | 39.1 | 11.4 | 0.50" | 0.50" | 0.50" | 1.50" |
| 10/22/2011 | S | 35.9 | 10.6 | 1.25" | 1.25" | 1.75" | 2.00" |
| 9/18/2011 | SSE | 24.2 | 4.8 | 1.25" | 1.75" | 1.75" | 1.75" |
| 4/19/2011 | N | --- | --- | --- | --- | 1.00" | 1.25" |
| 4/14/2011 | E | 53.8 | 4.6 | 0.50" | 1.00" | 1.00" | 2.00" |
| 2/10/2009 | N | --- | --- | --- | --- | 0.50" | 0.50" |

* Hail dates begin at 6:00 a.m. CST on the indicated day and end at 6:00 a.m. CST the following day.

## Disclaimer

Interactive Hail Maps (IHM) uses NEXRAD weather radar data and proprietary hail detection algorithms to generate the "Hail Impact" and "Historical Storm Activity" information included in this report. And while IHM attempts to be as accurate as possible, IHM makes no representations or warranties of any kind, including express or implied warranties, that the information on this report is accurate, complete, and / or free from defects. IHM is not responsible for any use of this report or decisions based on the information contained in this report. Use of this report is further limited by and subject to the Terms of Use at interactivehailmaps.com

Copyright © 2016 by Interactive Hail Maps

# Attachment C:

## Photographic Documentation



| | |
|---|---|
| **Photograph: 1**<br><br>**Description:**<br><br>View of the front Office Building facing south. |  |
| **Photograph: 2**<br><br>**Description:**<br><br>View of side (north) elevation of Storage Building A. |  |

## ATTACHMENT C:



## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 3**

**Description:**

View of east elevation at Building C.



**Photograph: 4**

**Description:**

View of east elevation at Building B.



## ATTACHMENT C:

## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 5**

**Description:**

View of driveway between Building D and Buildings A,B and C.



**Photograph: 6**

**Description:**

View of Building E facing northwest.



| | |
|---|---|
| **Photograph: 7**<br><br>**Description:**<br><br>Typical view of west facing metal rollup door.<br><br>Note paint flaking on door. |  |
| **Photograph: 8**<br><br>**Description:**<br><br>Close-up view of Photo 7 of west facing rollup door.<br><br>Note paint flaking and indentations on metal door. |  |

# ATTACHMENT C:



## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 9**

**Description:**

View of west facing metal rollup door at south end of Building C.

Note spatter marks on extreme right side of door. Demonstrates that wind was coming from the SW direction.




**Photograph: 10**

**Description:**

View of south facing metal rollup door at Building E.

Note splatter marks on entire door.



# ATTACHMENT C:

# PHOTOGRAPHIC DOCUMENTATION



| | |
|---|---|
| **Photograph: 11**<br><br>**Description:**<br><br>View of roof at Building D facing north west.<br><br>Note the previous patch in the roof. |  |
| **Photograph: 12**<br><br>**Description:**<br><br>View of metal standing seam at Building D.<br><br>Note the opening is below the top of the gutter. |  |

## Attachment C:

## Photographic Documentation



| | |
|---|---|
| **Photograph: 13**<br><br>**Description:**<br><br>View of metal roof seam at Building D.<br><br>Note sealant at the opening. |  |
| **Photograph: 14**<br><br>**Description:**<br><br>View of metal roof at Building E facing east.<br><br>Note light rust spots at the center of the roof. |  |

# ATTACHMENT C:

## PHOTOGRAPHIC DOCUMENTATION

| | |
|---|---|
| **Photograph: 15**<br><br>**Description:**<br><br>View of metal roof at Building A facing north.<br><br>Note impact marks in the rust areas. |  |
| **Photograph: 16**<br><br>**Description:**<br><br>Close-up view of the metal roofing span over the corridor at Building C. |  |

# ATTACHMENT C:

# PHOTOGRAPHIC DOCUMENTATION

| | |
|---|---|
| **Photograph: 17**<br><br>**Description:**<br><br>View of metal roofing at Building C facing north-east.<br><br>Note lack of sealant at the corridor roofing interface except for the center section. |  |
| **Photograph: 18**<br><br>**Description:**<br><br>View of metal roofing at Building A facing north-east.<br><br>Note sealant present at the center section of roof but absent at north and south ends. |  |

| | |
|---|---|
| **Photograph: 19**<br><br>**Description:**<br><br>View of Office Building SPF roof covering.<br><br>Note the tears in the SPF. |  |
| **Photograph: 20**<br><br>**Description:**<br><br>View of Office Building SPF roof covering.<br><br>Note the tears in the SPF. |  |

| | |
|---|---|
| **Photograph: 21**<br><br>**Description:**<br><br>View of the roof top air conditioning units facing northeast.<br><br>Note the impact marks on the coil fins of the unit. |  |
| **Photograph: 22**<br><br>**Description:**<br><br>View of the newer roof top air conditioning unit facing south.<br><br>Note the impact marks on the coil fins of the unit. |  |

| | |
|---|---|
| **Photograph: 23**<br><br>**Description:**<br><br>View of the air conditioning unit on the west side of the Office Building.<br><br>Note the impact marks on the south side of the unit. |  |
| **Photograph: 24**<br><br>**Description:**<br><br>View of the air conditioning unit on the west side of the Office Building.<br><br>Note the splatter marks on the west side of the unit. |  |

## ATTACHMENT C:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 25**

**Description:**

View of interior north wall in Unit 39 Building D.

Note white chalky residue on wall.



**Photograph: 26**

**Description:**

View of interior west wall in Unit 39 Building D.

Note daylight coming in above door and north wall from the metal roof openings.

