# EXHIBIT "D-1"

**Gentry Electric Company**
313 Mimosa Dr.
Murphy, TX 75074
(972) 231-2018
james@gentryelectric.com
http://GentryElectric.Com

# Invoice



**BILL TO**
Alden Storage 14t Stt
1710 E. 14th St.
Plano, TX 75074

**SHIP TO**
Alden Storage 14t Stt
Alden Storage 14t Stt
1710 E. 14th St.
Plano, TX 75074

| INVOICE # | DATE | TOTAL DUE | | ENCLOSED |
|---|---|---|---|---|
| 6602 | 02/15/2017 | $1,445.00 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Labor - 2 men** <br> Labor for 2 men. 11:00 - 2:00 <br> Return: with lamps & eyes | 3 | 140.00 | 420.00 |
| **175 Mercury Vapor Mogul Base Lamp** <br> 175 Mercury Vapor Mogul Base Lamp | 3 | 35.00 | 105.00 |
| **Photo Eye Twist Lock** <br> Twist-Lock Photo Eye | 20 | 18.00 | 360.00 |
| **LED Barn yard Light** <br> LED Barn Light | 2 | 175.00 | 350.00 |
| **Labor 2** <br> Labor (Electrician & Helper). On return........ | 1.50 | 140.00 | 210.00 |

Thank you for the Opportunity to help.

**BALANCE DUE**     **$1,445.00**

paid CHK 2321
2-17-17



DEPOSITION EXHIBIT
POOL 6-14-17

PL195

TDLR # Contractor 20971 - Master 11468