# EXHIBIT "D-2"

Accurate Roof & Renovation L.L.C

1201 E 15 St. Ste 104
Plano, TX 75074

# Invoice

| Date | Invoice # |
|---|---|
| 2/15/2017 | 3431 |

| Bill To |
|---|
| Alden Storage<br>10710 14th St<br>Plano, TX 75074 |

| Description | Amount |
|---|---|
| Temporary repair 7 units on building D spot coating first trip | 600.00 |
| Temporary repair 3 units and above hallway on building A w/coating second trip | 600.00 |
| Temporary repair unit on building D spot coating 3rd trip | 600.00 |
| Sales Tax | 0.00 |

DEPOSITION EXHIBIT 8
POOL 6-14-17

**Total** $1,800.00

PL196